DOWNEY BRAND LLP
DANIEL J. MCVEIGH (Bar No. 77410)
CASSANDRA M. FERRANNINI (Bar No. 204277)
555 Capitol Mall, Tenth Floor
Sacramento, CA 95814-4686
Telephone: (916) 444-1000
Facsimile: (916) 444-2100
Attorneys for Defendant ERICSSON INC.

FILED

OCT 18 2005

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
            DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT

| | |
|---|---|
| KELLY B. THORPE,<br><br>    Plaintiff,<br><br>v.<br><br>EAGLE COMMUNICATIONS, NEVADA EAGLE, ERICSSON, INC., EUS, INC., JEFF CHAPMAN and DOES 1 through 100 INCLUSIVE,<br><br>    Defendants. | Case No. CIV. S-041258 LKK KJM<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between the parties to this action, through their designated counsel, that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1), with each party to be responsible for her or its own attorney's fees and costs.

IT IS SO STIPULATED.

Dated: October 6, 2005        CHRISTOPHER H. WHELAN, INC.


                              By:  _____/s/_____
                                   Christopher H. Whelan
                                   Attorneys for Plaintiff Kelly B. Thorpe

700902.1                         -1-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

| | | |
|---|---|---|
| 1 | Dated: October 6, 2005 | DOWNEY BRAND LLP |
| 3 | | By: _____/s/_____<br>Daniel J. McVeigh |
| 4 | | Attorneys for Defendants Ericsson Inc. and EUS Inc. |
| 5 | Dated: October 7, 2005 | |
| 7 | | By: _____/s/_____<br>Martin Glickfeld |
| 8 | | Attorneys for Defendants Eagle Communications and Nevada Eagle |
| 10 | Dated: October 7, 2005 | BINGHAM MCCUTCHEN LLP |
| 12 | | By: _____/s/_____<br>Alan R. Berkowitz |
| 13-14 | | Attorneys for Defendants EXi Parsons Telecommunications, Inc., EXi Parsons Telecom LLC and Parsons Commercial Technology Group Inc. |
| 16 | Dated: October 6, 2005 | GCA LAW PARTNERS LLP |
| 18 | | By: _____/s/_____<br>Robert W. Luckinbill |
| 19 | | Attorneys for Defendants Flextronics USA Inc. and Flextronics Network Services USA Inc. |

**ORDER**

IT IS HEREBY ORDERED, per the Stipulation of the Parties, that the above-entitled matter is hereby dismissed with prejudice.

DATED: _____, 2005

Dismissed pursuant to Fed.Civ.P. § 41(a)(1)

HONORABLE LAWRENCE K. KARLTON
UNITED STATES DISTRICT COURT JUDGE

700902.1

2

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**